1.
2.
3.
4.
5.
6.
7.
8.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9. XAVIER ORTIZ,

10.                 Plaintiff,

11.

12.    v.

13. E&E FOODS AND F/V BEAGLE, LLC,

14.                 Defendants.

Case No. 2:20-cv-01767-RSM

**STIPULATED MOTION AND ORDER FOR DISMISSAL OF INJURY CLAIM(S) WITH PREJUDICE and DISMISSAL OF FLSA CLAIMS WITHOUT PREJUDICE**

15.
16.       COME NOW the parties in this matter submit their stipulated motion for dismissal

17. with prejudice relating to the plaintiff's alleged injury claim(s) in this matter. The parties

18. have settled the plaintiff's injury claim(s) and now request that the injury claim portion of

19. this case be dismissed with prejudice and without costs to the parties.

20.       Plaintiff's FLSA claims are now being litigated in *Gutierrez, et al. v. E&E Foods*,

21. Case No.: 2:21-cv-00682-RSM, and are dismissed herein without prejudice.

22.     \\\

23.
24.     \\\

25.

26. STIPULATED MOTION AND ORDER FOR DISMISSAL
WITH PREJUDICE (INJURY CLAIM ONLY) - 1
Case No. 2:20-cv-01767-RSM

1. Respectfully submitted on 6th day of December, 2021.

   LAW OFFICES OF JOHN W. MERRIAM

   BY   _/s/John W. Merriam_____
   John W. Merriam, WSBA #12749
   Attorneys for Plaintiff
   4005 20th Avenue West, Suite 110
   Seattle, WA  98199
   Phone: 206-729-5252
   Fax: 509-729-1012
   Email: john@merriam-maritimelaw.com


   NORTHWEST JUSTICE PROJECT

   BY   /s/ *Patrick Pleas*_____
   Patrick Pleas, WSBA#25737
   Attorney for Plaintiff
   300 Okanogan Avenue, Suite 3A
   Wenatchee, WA  98801
   Phone: 509-381-2323
   Fax: 509-665-6557
   Email: patrickp@nwjustice.org


   HOLMES WEDDLE & BARCOTT, P.C.

   BY   */s/ Michael A Barcott*_____
   Michael A. Barcott, WSBA #13317
   Attorney for Defendants
   3101 Western Ave, Suite 500
   Seattle, WA 98121
   Phone: 206-292-8008
   Fax: 206-340-0289
   Email: mbarcott@hwb-law.com


   **ORDER**

   The Court having reviewed the parties' stipulated motion for dismissal with prejudice relating to the plaintiff's alleged injury claim(s), being advised that the injury

STIPULATED MOTION AND ORDER FOR DISMISSAL
WITH PREJUDICE (INJURY CLAIM ONLY) - 2
Case No. 2:20-cv-01767-RSM

claim(s) have settled in this matter, and being advised of the status of the FLSA claims, it is,

    ORDERED that the injury claim portion of the matter is dismissed with prejudice and without costs to the parties; and

    ORDERED that the FLSA claims are dismissed without prejudice.

    This case is CLOSED.

    DATED this 13th day of December, 2021.

                                                                   RICARDO S. MARTINEZ
                                                                   CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2021, a true and correct copy of the foregoing was sent via CM/ECF system to:

John W. Merriam, WSBA #12749
4005 20th Avenue West, Suite 110
Seattle, WA  98199
Email: john@merriam-maritimelaw.com

Patrick M. Pleas, WSBA #25737
Email: patrickp@nwjustice.org

_____
Holly Mote

G:\5515\32516\Pleading\Stipulated motion to dismiss.docx

STIPULATED MOTION AND ORDER FOR DISMISSAL
WITH PREJUDICE (INJURY CLAIM ONLY) - 4
Case No. 2:20-cv-01767-RSM